# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GREGORY KONRATH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CAUSE NO.: 3:16-CV-0805-TLS |
| ) | |
| SUPERINTENDENT, ) | |
| ) | |
| Respondent. ) | |

## OPINION AND ORDER

Gregory Konrath, a pro se prisoner, filed a habeas corpus petition challenging the prison disciplinary hearing (WCC 16-096-309) where a disciplinary hearing officer (DHO) at the Westville Correctional Facility found him guilty of Counterfeit Documents in violation of B-230 on September 30, 2016. As a result, he was sanctioned with the loss of telephone access for 28 days and placed in restrictive housing for 90 days. He did not lose any earned credit time nor was he demoted in credit class as a result of this disciplinary hearing. A prison disciplinary hearing can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Neither the loss of telephone access nor his placement in restrictive housing lengthened the duration of his confinement. Therefore habeas corpus relief is not available in this case.

For these reasons, the petition is **DENIED** pursuant to Habeas Corpus Rule 4 and the clerk is **DIRECTED** to close this case.

SO ORDERED on December 7, 2016.

s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION